FRED A. SCHLANGER, Respondent, v. SAMUEL ALPER, Doing Business under the Name of ALPER BLOUSE Co., Appellant.— Appeal by defendant from an order granting plaintiff's motion for an examination before trial and for a discovery and inspection. Order affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

WILLIAM SCHWARTZ, as Administrator of the Estate of TILLIE SCHWARTZ, Deceased, Respondent, v. CITY OF NEW YORK, Appellant. JOSEPH LEBLANG, as Administrator of the Estate of MINERVA LEBLANG, Deceased, Respondent, v. CITY OF NEW YORK, Appellant.— In actions to recover damages for wrongful death, order granting plaintiffs' motion to set aside the verdicts of a jury on the ground of inadequacy, and ordering a new trial unless the defendant stipulate to increase the verdicts, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston and Adel, JJ.; Carswell, J., not voting.

MARY TESKEY, Respondent, v. CITY OF BEACON, Appellant.— Action to recover damages for personal injuries sustained by plaintiff as the result of falling on an alleged defective sidewalk. Order of the Dutchess County Court which granted plaintiff's motion, and struck out the answer of the defendant and denied defendant's cross motion to implead certain additional parties by a cross complaint, reversed upon the law and the facts, with ten dollars costs and disbursements, the plaintiff's motion denied, without costs, and the motion of the defendant to implead such additional parties granted. (*Branch* v. *Town of Eastchester*, 258 App. Div. 727; *Moody* v. *Green*, 265 App. Div. 940.) Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ., concur.

FRANK VIOLA, Respondent, v. BURKAN AUTO RENTING Co., INC., et al., Appellants.— Action to recover damages for personal injuries sustained by plaintiff when he was struck by a truck owned by and operated on behalf of the corporate defendants and driven by the individual defendant, Avchen. Judgment for plaintiff unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ.